David P. Milian (*pro hac vice*)
dmilian@careyrodriguez.com
**CAREY RODRIGUEZ**
**MILIAN GONYA, LLP**
1395 Brickell Avenue, Suite 700
Miami, Florida 33131
Tel: 305 372-7474; Fax: (305) 372-7475

Robert Ahdoot (SBN 172098)
*rahdoot@ahdootwolfson.com*
Tina Wolfson (SBN 174806)
*twolfson@ahdootwolfson.com*
**AHDOOT & WOLFSON, PC**
1016 Palm Ave.
West Hollywood, California 90069
Tel: 310-474-9111; Fax: 310-474-8585

*Attorneys for Plaintiff and the putative class*,

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**Western Division**

| | |
|---|---|
| DIANA SOUKHAPHONH, individually and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>v.<br><br>HOT TOPIC, INC., a California corporation,<br><br>　　Defendant. | Case No. 2:16-CV-05124-DMG (AGRx)<br><br>**NOTICE OF SETTLEMENT**<br>Before: Hon. Dolly M. Gee<br>Action Filed July 12, 2016<br>Trial Date: November 19, 2019 |

Plaintiff Diana Soukhaphonh and Defendant Hot Topic, Inc., hereby inform the Court that the Parties have reached agreement on all material terms of a class action settlement. Accordingly, the Parties respectfully request that the Court reserve decision on all pending motions and adjourn all scheduled hearings and filing dates in this matter.

In accordance with the Agreement reached between the Parties and Rule 23(e) Fed. R. Civ. P., Plaintiff intends to file a motion for preliminary approval of the proposed class action settlement agreement and to certify a settlement class within 30 days.

Dated: April 9, 2019.

By: /s/ David P. Milian

**CAREY RODRIGUEZ MILIAN GONYA, LLP**
David P. Milian *dmilian@careyrodriguez.com*
1395 Brickell Avenue, Suite 700
Miami, Florida 33131
Telephone: (305) 372-7474
Facsimile: (305) 372-7475

*Attorneys for Plaintiff and the Putative Class*

By: /s/ E. Crystal Lopez

E. Crystal Lopez (SBN 296297)
clopez@mintz.com
Anne-Marie D. Dao (SBN 282632)
addao@mintz.com
**Mintz Levin Cohn Ferris Glovsky and Popeo P.C.**
Century Plaza Towers
2029 Century Park East
Suite 3170
Los Angeles, CA 90067
Telephone: 310-586-3200
Facsimile: 310-586-3202

*Attorneys for Defendant,*
*Hot Topic, Inc.*