UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA SOUKHAPHONH, individually and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>v.<br><br>HOT TOPIC, INC., a California corporation,<br><br>　　Defendant. | Case No.: CV 16-5124-DMG (AGRx)<br><br>**ORDER ON JOINT MOTION FOR EXTENSON OF TIME TO FILE MOTION FOR PRELIMINARY APPROVAL [235]** |

　　The Court has reviewed and considered the Parties' Joint Motion for Extension of Time to File Motion for Preliminary Approval (the "Motion"). Good cause having been shown,

　　IT IS HEREBY ORDERED that:

　　1.　The Motion is **GRANTED**;

　　2.　The deadline for the filing of the motion for preliminary approval of class action settlement is continued, *nunc pro tunc*, from May 10, 2019 to May 17, 2019; and

　　3.　In the future, the parties shall avoid submitting requests for continuance less than five court days prior to the expiration of the scheduled date. *See* Initial Standing

-1-

Order at 10 [Doc. # 10]; Judge Gee's Procedures and Schedules at ¶ 7, United States District Court, Central District of California website.

DATED: May 13, 2019

                                            _____
                                            DOLLY M. GEE
                                            UNITED STATES DISTRICT JUDGE